McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
MICHAEL J. KUZMICH (#210088)
MEREDITH A. FELDE (#244511)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendant
Federal Deposit Insurance Corporation as Receiver
for Downey Savings and Loan Assn., F.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY A. NELSON ROGERS,<br><br>    Plaintiff,<br><br> v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation, DOWNEY SAVINGS AND LOAN, a corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-00419-GEB-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY IN FEDERAL COURT** |

  WHEREAS, on November 21, 2008, the Office of Thrift Supervision declared Downey Savings insolvent and appointed the Federal Deposit Insurance Company ("FDIC") as its Receiver;

  WHEREAS, the FDIC accepted the appointment as Receiver pursuant to 12 U.S.C. section 1821(c)(3)(A);

  WHEREAS, on February 11, 2009, the Superior Court of California, County of Sacramento, issued a minute order granting the FDIC's Motion to Substitute as Successor In Interest; and

  WHEREAS, on February 11, 2009 the Superior Court of California, County of Sacramento,



issued a minute order imposing a mandatory 90 day stay pursuant to 12 U.S.C. 1821(d)(12)(A)(2).

   IT IS HEREBY STIPULATED that the mandatory 90 day stay imposed by the Sacramento Superior Court pursuant to 12 U.S.C. 1821(d)(12)(A)(2) shall continue in this action. Said stay shall expire May 12, 2009.

IT IS SO STIPULATED:

DATED:  February __, 2009          LAW OFFICES OF BOWMAN & ASSOCIATES

                                    By: _____
                                            ROBERT C. BOWMAN

                                    Attorneys for Mary A. Nelson Rogers


DATED:  February __, 2009          LHB PACIFIC LAW PARTNERS, LLP

                                    By: _____
                                            CLARKE V. HOLLAND
                                            BRENDAN J. FOGARTY

                                    Attorneys for State Farm General Insurance Company


DATED:  February __, 2009          McDONOUGH HOLLAND & ALLEN PC
                                    Attorneys at Law

                                    By: _____
                                            MICHAEL J. KUZMICH
                                            MEREDITH A. FELDE

                                    Attorneys for Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Assn., F.A.


IT IS SO ORDERED:

DATED:  February 26, 2009          By: _____
                                    JUDGE OF THE U.S. DISTRICT COURT