IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. NELSON ROGERS, )
) 02:09-cv-00419-GEB-GGH
      Plaintiff, )
) ORDER
  v. )
)
FDIC as Receiver for Downey )
Savings and Loan, a )
corporation; STATE FARM )
GENERAL INSURANCE COMPANY, a )
Corporation, )
)
      Defendants. )
)

      Since FDIC states in the Joint Status report filed May 18, 2009, that it will seek a stay of this action, the status conference scheduled for June 1, 2009, is rescheduled to commence at 9:00 a.m. on June 29, 2009. A joint status report shall be filed fourteen days prior to the new hearing date.

      IT IS SO ORDERED.

Dated: May 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge