IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY A. NELSON ROGERS, | ) | |
| Plaintiff, | ) | 2:09-cv-00419-GEB-GGH |
| v. | ) | ORDER[1] |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN AND STATE FARM GENERAL INSURANCE COMPANY, a corporation, | ) | |
| Defendants. | ) | |

On June 4, 2009, Defendant Federal Deposit Insurance Corporation ("FDIC") filed a motion to stay this action for 180 days from February 27, 2009, the date on which FDIC received Plaintiff's administrative claim. FDIC seeks a stay until August 26, 2009. The motion is unopposed. The motion is granted. Therefore, this action is stayed until August 26, 2009.

Dated:  July 1, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1]    This matter was determined to be suitable for decision without oral argument.  E.D. Cal. R. 78-230(h).

1