IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARY A. NELSON ROGERS,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation; FDIC as Receiver for Downey Savings and Loan, a corporation,<br><br>            Defendants. | 2:09-cv-00419-GEB-GGH<br><br>ORDER |

Since this action was stayed on July 1, 2009, until August 26, 2009, the parties had no authority to file the Joint Status Report (docket number 25) on July 2, 2009. Therefore, the joint status report filed on July 2, 2009, is stricken.

Dated: July 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1