IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. NELSON ROGERS,

    Plaintiff,

vs.                          No. CIV S-09-0419 GEB GGH PS

FDIC AS RECEIVER FOR DOWNEY
SAVINGS AND LOAN and STATE FARM
GENERAL INSURANCE COMPANY,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding in this pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

        Good cause appearing, IT IS ORDERED that plaintiff's request for leave to proceed in forma pauperis is granted.

DATED: May 19, 2010                      /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:076/Rogers0419.ifp.wpd

1