IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. NELSON ROGERS,<br><br>  Plaintiff,<br><br>  v.<br><br>FDIC, as Receiver for DOWNEY SAVINGS AND LOAN,<br><br>  Defendant. | 2:09-cv-00419-GEB-GGH<br><br>ORDER SCHEDULING FINAL PRETRIAL CONFERENCE AND DISCHARGING ORDER TO SHOW CAUSE |

A final pretrial conference is scheduled to commence at 1:30 p.m. on April 4, 2011. A pretrial statement shall be filed no later than seven (7) calendar days prior to the final pretrial conference.

Further, no hearing will be held on the Order to Show Cause ("OSC") filed February 24, 2011, because a sanction will not be imposed this time.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge