IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. NELSON ROGERS,

    Plaintiff,

vs.                      No. CIV S-09-0419 GEB GGH PS

FDIC AS RECEIVER FOR DOWNEY
SAVINGS AND LOAN, et al.,

    Defendants.                ORDER

_____/

       Defendant FDIC's amended motion to dismiss presently is calendared for hearing on May 12, 2011. Also scheduled for hearing on June 16, 2011, is FDIC's motion to strike. Additionally, plaintiff has filed a motion for protective order. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motions. <u>See</u> E.D. Cal. L.R. 78-230(h).

       Accordingly, IT IS ORDERED that:

       1. The May 12, 2011 hearing on the amended motion to dismiss, filed April 5, 2011, (dkt. # 92) is vacated;

\\\\

1

2. The June 16, 2011 hearing on the motion to strike, filed May 2, 2011, (dkt. # 100), is vacated;

3. These motions, as well as plaintiff's motion for protective order, filed April 21, 2011, (dkt. # 96), will be submitted on the record after the time has passed for filing oppositions and replies.

DATED: May 6, 2011             /s/ Gregory G. Hollows

                                U. S. MAGISTRATE JUDGE

GGH:076:Rogers0419.vac.wpd