IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MARY A. NELSON ROGERS,           )
                                 )    2:09-cv-00419-GEB-GGH
          Plaintiff,             )
                                 )
     v.                          )    ORDER
                                 )
FDIC AS RECEIVER FOR DOWNEY      )
SAVINGS AND LOAN,                )
                                 )
          Defendant.             )
_____)
```

On October 24, 2011, Plaintiff filed a motion titled "Judicial Order 'Summary Judgment' Motion for Law and Equity Remedy." Plaintiff requests in this motion "[c]ompensatory damages to make Plaintiff 'whole' for the monetary damages Plaintiff has suffered as the result of the Defendant['s] wrongdoing[.]" (ECF No. 120.) However, Defendant filed a motion to dismiss this case which was granted on September 6, 2011, following which judgment was entered in light of the order dismissing this case. (ECF Nos. 118-119.) Since Plaintiff has not shown her motion is authorized under the Federal Rules of Civil or Appellate Procedure, Plaintiff's October 24, 2011 motion is DENIED.

IT IS SO ORDERED.

Dated: October 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge